WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| J & J Sports Productions Incorporated, | No. CV-17-1321-PHX-DGC |
| Plaintiff, | CV-17-1026-PHX-DGC (Consolidated) |
| v. | **ORDER** |
| Arturo Rubio, et al., | |
| Defendants. | |

Plaintiff filed a Rule 12(f) motion to strike the sole affirmative defense asserted in Defendants' answer. Doc. 21. Motions to strike are viewed with disfavor and are not frequently granted. S. Gensler, *Federal Rules of Civil Procedure, Rules and Commentary* at 302 (2017) (citing cases). The Court has discretion in deciding whether to grant a motion to strike. *Id.*; *TriQuint Semiconductor, Inc. v. Avago Techs. Ltd.*, No. CV-09-01531-PHX-JAT, 2010 WL 3034880, at *3 (D. Ariz. Aug. 3, 2010). In this instance, Plaintiff's motion is entirely unnecessary. The targeted affirmative defense would add far less to the cost of litigating this case than the motion to strike.

**IT IS ORDERED** that Plaintiff's motion to strike (Doc. 21) is **denied**.

Dated this 12th day of December, 2017.

_____
David G. Campbell
United States District Judge